IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRANCE HOLLIDAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:23-CV-01650 |
| FRANK W. LIU, LISA L. LIU and | ) | |
| LAGO MARICOS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, TERRANCE HOLLIDAY and Defendants, FRANK W. LIU, LISA L. LIU and LAGO MARICOS LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 1ST day of November, 2023.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ *Douglas S. Schapiro*_____
        Douglas S. Schapiro, Esq.
        Southern District of Texas ID No. 3182479
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        *Attorney for Plaintiff*

*/s/ Ray Bissmeyer*
Ray Bissmeyer, Esq.
Texas Bar No.: 00787088
Dykema
112 E. Pecan Street, Suite 1800
San Antonio, TX 78205
(210) 554-5500
Email:  RBissmeyer@dykema.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1ST day of November, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479