United States District Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRANCE HOLLIDAY, § § Plaintiff, § § VS. § FRANK W. LIU, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:23-CV-01650 |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. Doc. #24. In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff Terrance Holliday against Defendants, Frank W. Liu, Lisa L. Liu, and Lago Mariscos, LLC, are DISMISSED with prejudice.

It is so ORDERED.

NOV 0 2 2023
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge